Decided September 28, 2005

TASHGUR DAUTI, ADMINISTRATOR (ESTATE OF ZEJADIN DAUTI), ET AL. *v.* STOP AND SHOP SUPERMARKET COMPANY ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 90 Conn. App. 626 (AC 25253), is denied.

*Eddi Z. Zyko*, in support of the petition.

*Adam J. LaFleche* and *James G. Geanuracos*, in opposition.

Decided September 28, 2005

GARY SADLER *v.* COMMISSIONER OF CORRECTION

The petitioner Gary Sadler's petition for certification for appeal from the Appellate Court, 90 Conn. App. 702 (AC 25257), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Veronica Maria Tomasic*, special public defender, in support of the petition.

*Denise B. Smoker*, senior assistant state's attorney, in opposition.

Decided September 28, 2005